August 28, 2009

Ms. Tanya Nicole Garrison
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza, Ste. 1400
Houston, TX 77046-1104

Mr. Peter Michael Zavaletta
The Zavaletta Law Firm
603 East St. Charles Street
Brownsville, TX 78520
Honorable Arturo Americo Mcdonald Jr.
Cameron County Court #1
974 E Harrison Street
Brownsville, TX 78521

RE: Case Number: 08-0820
 Court of Appeals Number: 13-08-00366-CV
 Trial Court Number: 2006-CCL-00133-A

Style: IN RE GREATER HOUSTON ORTHOPAEDIC SPECIALISTS, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued a Per Curiam Opinion the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367. The
Stay Order issued on October 17, 2009 is lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Jessica Hamby, Deputy Clerk
|cc:|Mr. Joe G. Rivera |
| |Ms. Dorian E. |
| |Ramirez |